No. 733. AMPLUS STORAGE BATTERY CO. *v.* UNITED STATES. March 19, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. J. Miller Kenyon* and *Stanley F. Brewster* for petitioner. *Solicitor General Biggs* and *Mr. W. Marvin Smith* for the United States.

No. 772. CREGIER *v.* COE, COMMISSIONER OF PATENTS. March 19, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Henry E. Stauffer* for petitioner. *Solicitor General Biggs* and *Messrs. Charles Bunn* and *T. A. Hostetler* for respondent.

No. 773. FORD MOTOR CO. *v.* UNITED STATES. March 19, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Charles D. Hamel* and *Alan E. Gray* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 776. LUCEY, RECEIVER, *v.* UNITED STATES. March 19, 1934. Petition for writ of certiorari to the Court of Claims denied. *Messrs. A. R. Serven, Charles V. Imlay,* and *George W. Offutt* for petitioner. *Attorney General Cummings, Assistant Attorney General Wideman,* and *Mr. Erwin N. Griswold* for the United States.

No. 778. MISSOURI PACIFIC R. CO. *v.* HOMAN. March 19, 1934. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. Thomas J. Cole* and *Edward J. White* for petitioner. *Mr. Albert S. Marley* for respondent.